IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01801-WDM

MILEYKA M. MCAFEE,

    Plaintiff,

v.

ITT FEDERAL SERVICES CORPORATION, et al.,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on the plaintiff's failure to respond to my January 17, 2006 Show Cause Order. It is now ordered that the complaint and this action are dismissed without prejudice for failure to prosecute.

    DATED at Denver, Colorado, on February 8, 2006.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge

PDF FINAL